# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHANDA HARTNELL-LENZEN, A/K/A
SHANDA MARIE HARTNELL,
                Appellant,
        vs.
THE STATE OF NEVADA,
                Respondent.

No. 71999

**FILED**

JUN 16 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

On May 15, 2017, this court entered an order instructing appellant to clarify the basis for the instant appeal. Appellant has filed a timely response indicating that she seeks to appeal the charges filed against her in her criminal case below.

The district court docket sheet indicates that appellant has not yet been sentenced. Although NRS 177.015(3) indicates that appellant may appeal from "a final judgment or verdict in a criminal case," there was no final judgment or verdict that could be the subject of this appeal. Because there was not an "announcement of a decision, sentence or order" at the time appellant filed her notice of appeal, we cannot treat this as a premature appeal from the judgment of conviction. *See* NRAP 4(b)(2). Based on appellant's failure to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

17-20162

cc: Hon. William D. Kephart, District Judge
    Shanda Hartnell-Lenzen
    Attorney General/Carson City
    Clark County District Attorney
    Eighth District Court Clerk